AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| PAOLO SILVESTRI, | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| LA MUCCA BALLERINA LLC, and MARSILIO ZAPPATERRENO, individually, | ) ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No.  8:26-cv-1123  -WFJ-SPF

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MARSILIO ZAPPATERRENO
1668 MAIN ST
SARASOTA, FL 34236


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Frank M. Malatesta, Esq.
Malatesta Law Office
871 Venetia Bay Blvd., Suite 235
Venice, FL 34285


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Emmanuel Philantrope

Date:  April 20, 2026

_Signature of Clerk or Deputy Clerk_